UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-00924-TJH-SP | Date | August 27, 2026 |
| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 76.251.108.177 | | |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. Vallery | NONE PRESENT |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

On July 23, 2026, the Court ordered plaintiffs to show cause in writing, no later than August 6, 2026, why the above entitled action should not be dismissed for failure to prosecute. To date, plaintiff(s) has not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.